IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Trustees for the NATIONAL
ELECTRICAL BENEFIT FUND, et al.,

Plaintiffs,

v.

LEON CRANE d/b/a DEDICATED
TREE SERVICE,

Defendant.                                              No. 07-CV-303-DRH

## ORDER

**HERNDON, District Judge:**

On June 20, 2007, Plaintiffs informed the Court that Defendant Leon Crane d/b/a Dedicated Tree Service filed for Chapter 13 Bankruptcy in the United States Bankruptcy Court of the Southern District of Illinois (Case No. BK-07-40645) on May 16, 2007.  (Doc. 8.)  Pursuant to the automatic stay provision of **11 U.S.C. § 362(a)** of the Bankruptcy Code, this action is **STAYED**.  The Court **DIRECTS** the parties to inform the Court once the bankruptcy proceedings are completed.

**IT IS SO ORDERED.**

Signed this 21st day of June, 2007.

/s/     David  RHerndon
**United States District Judge**